JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: 2:21-cv-04325-SB (RAOx) | Date: 11/17/21 |

Title: *Deckers Outdoor Corp. v. Consolidated Shoe Co., Inc. et al.*

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] **ORDER DISMISSING CASE**

On November 10, 2021, the parties filed a stipulation to dismiss this action in its entirety with prejudice. Dkt. No. 22. The Court hereby **grants** the parties' stipulation and **vacates** the Order to Show Cause hearing scheduled for Friday, November 19, 2021.

JS-6

**IT IS SO ORDERED**.